| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kobayashi,, Leslie E. | 2. Court or Organization<br><br>USDC, District of Hawaii | 3. Date of Report<br><br>07/09/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>300 Ala Moana Blvd. Rm. C-353<br>Honolulu, Hawaii 96850 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | State of Hawaii, Judiciary - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 03/30/012--03/31/2011 | Houston, Texas | Continuing Legal Education Speaker | Airand ground transportation, hotel, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. City Bank | Line of Credit | J |
| 2. First Hawaiian Bank | Line of Credit | J |
| 3. American Express | Credit Card | J |
| 4. VISA | Credit Card | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Rollover | C | Int./Div. | J | T | | | | | |
| 2. - Morgan Stanley Bank | A | Int./Div. | J | T | | | | | |
| 3. - MS Liquid Asset Fund | A | Interest | J | T | | | | | |
| 4. Apple Inc. | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 5. -AIM Developing Markets A | | | | | | | | | |
| 6. - Allianz NFJ SM-CAP Value A | | | | | | | | | |
| 7. -Altria Group Inc 8500 | A | Interest | J | T | Buy | 05/09/12 | J | | |
| 8. - Amer Cent Intl Grw Adv | | | | | | | | | |
| 9. American Express | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 10. | | | | | Sold (part) | 09/27/12 | J | | |
| 11. - American EuroPacafic Grw F | | | | | | | | | |
| 12. - Amercian GR FD of America F1 | | | | | | | | | |
| 13. BCE Inc | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 14. | | | | | Sold (part) | 11/30/12 | J | A | |
| 15. - Blackrock Bond PTF SVC (fna "Blackrock Intrm Bond Svc") | A | Dividend | J | T | | | | | |
| 16. - Blackrock Equity Dividend A | | | | | | | | | |
| 17. CA Incorporated | A | Dividend | J | T | Buy | 06/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/07/12 | J | B | |
| 19. | | | | | Sold (part) | 11/08/12 | J | B | |
| 20. Chevron Corp | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 21. | | | | | Sold (part) | 11/16/12 | J | A | |
| 22. Chubb Corp | A | Int./Div. | J | T | Buy | 08/02/12 | J | | |
| 23. | | | | | Sold (part) | 11/30/12 | J | A | |
| 24. CONOCO Philips | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 25. CONS Discret Sel Sect SPDR FD | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 26. | | | | | Sold (part) | 06/24/12 | J | C | |
| 27. Credit Suisse | A | Int./Div. | J | T | Buy | 09/12/12 | J | | |
| 28. Cummins Inc | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 29. | | | | | Sold (part) | 06/14/12 | J | C | |
| 30. - Dryden Sh Term Corp BD A | | | | | | | | | |
| 31. - DWS Large Cap Value A | | | | | | | | | |
| 32. - DWS Dreman Small Cap Val A | | | | | | | | | |
| 33. - DWS RREEF Real Estate Sec A | | | | | | | | | |
| 34. -Energy Sel Select SPDR FD | A | Int./Div. | J | T | Buy | 11/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. E-ngility Holdings Inc | A | Int./Div. | J | T | Buy | 06/14/12 | J | | |
| 36. | | | | | Sold (part) | 08/02/12 | J | A | |
| 37. - Fidelity Adv Lvgd Cmpany Stk A | | | | | | | | | |
| 38. -Hasbro Inc | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 39. | | | | | Sold (part) | 11/01/12 | J | A | |
| 40. | | | | | Sold (part) | 11/02/12 | J | A | |
| 41. Health Care Sel Sect SPDR FD | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 42. | | | | | Sold (part) | 09/14/12 | J | A | |
| 43. -IShares Barclays MBS Bond Fund | A | Distribution | J | T | Buy | 09/28/12 | J | | |
| 44. -IShares DJ US Fin Svc Comp | A | Int./Div. | J | T | Buy | 09/14/12 | J | | |
| 45. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 46. | | | | | Buy (add'l) | 11/01/12 | J | | |
| 47. -IShares IBoxx $ H/Y Corp BD | A | Dividend | J | T | Buy | 06/07/12 | J | | |
| 48. -IShares JP Morgan EM Bond FD | A | Distribution | J | T | Buy | 05/09/12 | J | | |
| 49. -IShares MSCI Germany Index FD | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 50. IShares MSCI Emerging Mkts FD | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 51. IShares MSCI PAC Ex-JPN Idx | A | Dividend | J | T | Buy | 05/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -IShares S&P Midcap 400 Index | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 53. -IShares SP Smallcap 600 Index | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 54. | | | | | Sold (part) | 06/25/12 | J | A | |
| 55. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 56. | | | | | Sold (part) | 10/26/12 | J | A | |
| 57. | | | | | Sold (part) | 11/08/12 | J | A | |
| 58. | | | | | Buy (add'l) | 09/27/12 | J | | |
| 59. -Invesco Constellation A | A | Int./Div. | J | T | Buy | 05/09/12 | J | | |
| 60. -Invesco Developing Markets A | | | | | | | | | |
| 61. -Invesco Diversified Dividend A | A | Distribution | J | T | Buy | 12/07/12 | J | | |
| 62. -Invesco Global Core Equity A | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 63. -Invesco Premier PTF INSTL | | | | | | | | | |
| 64. - Ivy Large Cap Grw A | | | | | | | | | |
| 65. - Jennison Mid Cap Growth A | | | | | | | | | |
| 66. Jo-hnson & Johnson | A | Dividend | J | T | Buy | 06/27/12 | J | | |
| 67. -JP Morgan Chase & Co | A | Interest | J | T | Buy | 05/09/12 | J | | |
| 68. -JPM Alerian MLP | A | Distribution | J | T | Buy | 05/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/22/12 | J | A | |
| 70. -KLA Tencor Corp | A | Dividend | J | T | Buy | 08/02/12 | J | | |
| 71. | | | | | Sold (part) | 10/26/12 | J | A | |
| 72. -L-3 Communications Holding Inc. | A | Dividend | J | T | Buy | 06/14/12 | J | | |
| 73. | | | | | Buy (add'l) | 06/14/12 | J | | |
| 74. - Lazard Emerging Markets Open | | | | | | | | | |
| 75. - Legg Mason Ptners GL Hiyld Bd A | A | Dividend | J | T | | | | | |
| 76. - Legg Mason WA Glb HIY BD A | | | | | | | | | |
| 77. - Managers AMG ESS SM/MI CP GR A | | | | | | | | | |
| 78. -Mainstay Icap Select Equity A | | | | | | | | | |
| 79. -Mainstay Large Cap Grw A | | | J | | | | | | |
| 80. Merck & Co Inc New York | A | Int./Div. | J | T | Buy | 05/09/12 | J | | |
| 81. | | | | | Sold (part) | 10/11/12 | J | A | |
| 82. | | | | | Sold (part) | 11/30/12 | J | A | |
| 83. -Metlife Incorporated | A | Int./Div. | J | T | Buy | 10/11/12 | J | | |
| 84. -Meadwestvaco Corp | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 85. - MFS Limited Maturity A (Mutual Fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - MFS Value A | | | | | | | | | |
| 87. -MFS Focus Growth FD A | | | | | | | | | |
| 88. -Microsoft Corp | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 89. | | | | | Sold (part) | 09/27/12 | J | A | |
| 90. -Moodys Corp | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 91. | | | | | Sold (part) | 06/14/12 | J | A | |
| 92. -MSIFT Global Stategist H | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 93. Nordstrom Inc | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 94. -Nuveen NWQ Large Cap Value A | | | | | | | | | |
| 95. Occidental Petroleum Copr DE | A | Dividend | J | T | Buy | 07/12/12 | J | | |
| 96. | | | | | Sold (part) | 10/04/12 | J | A | |
| 97. - Perkins MID CAP VAL INV | | | | | | | | | |
| 98. - PIMCO Low Duration FD A | A | Dividend | J | T | | | | | |
| 99. - PIMCO Real Return A | A | Dividend | J | T | | | | | |
| 100. Pfizer Inc | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 101. | | | | | Sold (part) | 10/11/12 | J | A | |
| 102. | | | | | Sold (part) | 11/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Phillips 66 Com | A | Distribution | J | T | Buy | 05/09/12 | J | | |
| 104. | | | | | Sold (part) | 10/26/12 | J | A | |
| 105. PNC FINL SVCS GRP | A | Dividend | K | T | Buy | 05/09/12 | J | | |
| 106. | | | | | Sold (part) | 10/26/12 | J | A | |
| 107. -Powershares Fndmtl H/Y Corp | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 108. | | | | | Sold (part) | 09/28/12 | J | A | |
| 109. -Powershares Intl Div ACH | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 110. -Powershares S&P 500 High Beta | | Int./Div. | J | T | Buy | 10/17/12 | J | | |
| 111. -Powershares S&P 500 Low Vola | A | Dividend | J | T | Buy | 11/01/12 | J | | |
| 112. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 113. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 114. -Powershares Senior Loan Port | A | Dividend | J | T | Buy | 09/12/12 | J | | |
| 115. -Prudential Jennison MD CP GW A | | | | | | | | | |
| 116. -Prudential Sht Trm Corp BD A | A | Dividend | J | T | | | | | |
| 117. Qualcomm Inc | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 118. | | | | | Sold (part) | 11/01/12 | J | A | |
| 119. - Safeway Inc. (Common Stock) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Seligman Emerging Markets A | | | | | | | | | |
| 121.  Shell Intl Fin | A | Interest | J | T | Buy | 05/09/12 | J | | |
| 122.  SPDR Barclays Capital High YIE | A | Int./Div. | J | T | Buy | 05/09/12 | J | | |
| 123.  SPDR DJ Wilshire REIT ETF | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 124. | | | | | Sold (part) | 09/17/12 | J | A | |
| 125.  - T Rowe Price Mid Cap Gr Adv | | | | | | | | | |
| 126.  - Templeton Foreign Fund A | | | | | | | | | |
| 127.  TimeWarner Inc New | A | Dividend | J | T | Buy | 06/27/12 | J | | |
| 128.  - TCW Total Ret DB N | A | Dividend | J | T | | | | | |
| 129.  - Threadneedle Emerg Mkts A | | | | | | | | | |
| 130.  Tiffany & Company | A | Int./Div. | J | T | Buy | 05/09/12 | J | | |
| 131. | | | | | Sold (part) | 11/16/12 | J | A | |
| 132.  UBS E-Tracs Aleri | A | Interest | J | T | Buy | 05/09/12 | J | | |
| 133.  UnitedHealth GP Inc | A | Int./Div. | J | T | Buy | 09/27/12 | J | | |
| 134.  US Bancorp | A | Int./Div. | J | T | Buy | 05/09/12 | J | | |
| 135.  Utilites Sel Sect SPDR Fund | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 136.  Vanguard Consum Staples ETF | A | Int./Div. | J | T | Buy | 05/09/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 138.  Vanguard Dividend Appreciation | A | Distribution | J | T | Buy | 05/09/12 | J | | |
| 139.  Vanguard MSCI Emerging Mkts | A | Dividend | J | T | Buy | 09/17/12 | J | | |
| 140.  -Vanguard European MSCI ETF | A | Dividend | J | T | Buy | 08/29/12 | K | | |
| 141. | | | | | Buy (add'l) | 09/07/12 | J | | |
| 142. | | | | | Buy (add'l) | 10/08/12 | J | | |
| 143. | | | | | Buy (add'l) | 10/26/12 | J | | |
| 144.  -Vanguard Industrial ETF | A | Int./Div. | J | T | Buy | 05/09/12 | J | | |
| 145.  -Vanguard Info Tech ETF | A | Dividend | J | T | Buy | 11/08/12 | J | | |
| 146.  -Vanguard Short-Term Corporate | A | Distribution | J | T | Buy | 09/28/12 | J | | |
| 147.  -Wal Mart Stores Inc | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 148. | | | | | Sold (part) | 11/08/12 | J | A | |
| 149.  - Western Asset Core Plus BD FI | A | Dividend | J | T | | | | | |
| 150. | | | | | | | | | |
| 151.  Wisdom Tree LG Cap Div ETF | A | Distribution | J | T | Buy | 11/14/12 | J | | |
| 152. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 153.  Wisdom Tree Trust Japan | A | Int./Div. | J | T | Buy | 11/20/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Honolulu FCU | A | Interest | J | T | | | | | |
| 155.  McDonald's Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 156.  Coverdell ESA | A | Int./Div. | J | T | | | | | |
| 157.  - MS Liquid Asset Fund | A | Interest | J | T | | | | | |
| 158.  - MS Focus Growth FD A | A | Dividend | J | T | | | | | |
| 159.  Morgan Stanley Smith Barney UTMA Account | A | Int./Div. | J | T | | | | | |
| 160.  - MS Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 161.  - Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 162.  - Walt Disney Co Hldg Co. | A | Dividend | J | T | | | | | |
| 163.  -Virtus Strategic Grw A (Mutual Fund) | | | | | | | | | |
| 164.  IRA Account | A | Int./Div. | K | T | | | | | |
| 165.  - MS Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 166.  - Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 167.  - AIM Constellation A | | | | | | | | | |
| 168.  - Allianz NFJ Intl Value A | | | | | | | | | |
| 169.  - American Century Growth Advantage | | | | | | | | | |
| 170.  - DWS Real Esate Sec A (A Mutual Fund) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Enterprise Group Fund Growth PT | | | | | | | | | |
| 172. - Fidelity Adv Lvgd Company Stk A | | | | | | | | | |
| 173. - Focus Growth Fund B | | | | | | | | | |
| 174. - IM Enterprise Growth FD Cl A | | | | | | | | | |
| 175. - Invesco Constellation A | | | | | | | | | |
| 176. -Invesco Diversified Dividend A | | | | | | | | | |
| 177. - Invesco Div GW Securities A | | | | | | | | | |
| 178. -Invesco Global Core Equity A | | | | | | | | | |
| 179. - Invesco GLB DIV GW Secur B | | | | | | | | | |
| 180. - MS Capital Opportunities TR A | | | | | | | | | |
| 181. - MS Dividend Grwth Securities | | | | | | | | | |
| 182. - MS Focus Growth FD A | | | | | | | | | |
| 183. - MS Global Dividend -Grwth Sec B(fkn as MSDW) | | | | | | | | | |
| 184. - MS Strategist Fund (fkn as MSDW) | | | | | | | | | |
| 185. - MSDW Dividend Growth D | | | | | | | | | |
| 186. - MS Global Advantage Fund A | | | | | | | | | |
| 187. - MS Global Dividend Grwth Sec D | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -MS Global Strategist Fund A | A | Dividend | J | T | | | | | |
| 189. - MS Mid-Cap Growth B | | | | | | | | | |
| 190. - MS Multi Cap Growth Tr A | A | Dividend | J | T | | | | | |
| 191. - MFS Value A | | | | | | | | | |
| 192. - MS Limited Maturity Fund A (Mutual Fund) | | | | | | | | | |
| 193. - MSDW Dividend Growth Fund B | | | | | | | | | |
| 194. - MSDW Small Cap Growth Fund B | | | | | | | | | |
| 195. - MSDW Aggressive Equity Fund B | | | | | | | | | |
| 196. - MSDW Competitive Edge Fund | | | | | | | | | |
| 197. - MSDW Am Oppoturnity Fund | | | | | | | | | |
| 198. - MSDW Growth Securities B | | | | | | | | | |
| 199. - MSDW Global Dividend Growth D | | | | | | | | | |
| 200. - MSDW Competitive Edge Bip B | | | | | | | | | |
| 201. - Perkins Mid Cap Val Div | | | | | | | | | |
| 202. - Pimco Low Duration FD A | | | | | | | | | |
| 203. - Pimco Small Cap Value Fd Cl A | | | | | | | | | |
| 204. - Phoenix Al-Cap Growth | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Phoenix Engermann Growth A | | | | | | | | | |
| 206.  - Salomon Hi Yld BD FD Cl A | | | | | | | | | |
| 207.  - Strategist Fund A | | | | | | | | | |
| 208.  -General Electric Co. (stock) | A | Dividend | J | T | Buy (add'l) | 05/09/12 | J | | |
| 209. | | | | | Sold (part) | 11/01/12 | J | A | |
| 210.  -Gen Elec CAP Corp 2950 | | Int./Div. | J | T | Buy | 05/08/12 | J | | |
| 211. | A | Interest | J | T | | | | | |
| 212.  -ING ESII Annuity | A | Int./Div. | M | T | | | | | |
| 213.  -CollegeBoundfund (Not self-directed) | A | Int./Div. | J | T | | | | | |
| 214.  -Goldman Sachs Grp Inc Medium Term Notes | A | Interest | J | T | | | | | |
| 215.  -Honolulu Waterwater Sys Bond | A | Int./Div. | K | T | | | | | |
| 216.  -MS Equally Weighted S&P 500 C | | | | | | | | | |
| 217.  -United States Savings Bonds Series EE | A | Int./Div. | J | T | | | | | |
| 218.  -Wells Fargo Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 07/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie E. Kobayashi,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544